NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2010-1020

### CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,

Plaintiffs-Appellants,

v.

### BALL METAL BEVERAGE CONTAINER CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of Ohio in case no. 05-CV-0281, Judge Walter H. Rice.

ON MOTION

### O R D E R

Upon consideration of the request to lift the stay of the briefing schedule,

IT IS ORDERED THAT:

The stay of the briefing schedule is lifted. The appellants' opening brief is due within 40 days of the date of filing of this order.

FOR THE COURT

MAY 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Dale M. Heist, Esq.
     John D. Luken, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 03 2010

JAN HORBALY
CLERK